■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN DIAZ, Appellant. [652 NYS2d 959] —Judgment, Supreme Court, Bronx County (George Covington, J.), rendered October 26, 1994, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to concurrent terms of 9 to 18 years, unanimously modified, as a matter of discretion in the interest of justice, to reduce the sentence to concurrent terms of $6^{1}/_{2}$ to 13 years, and otherwise affirmed.

The trial court properly sustained objections to collateral, irrelevant and potentially confusing questions posed by defendant on cross-examination of the police chemist (*Delaware v Van Arsdall*, 475 US 673, 679; *People v Schwartzman*, 24 NY2d 241, 244, *cert denied* 396 US 846).

Defendant was properly tried in absentia (*People v Parker*, 57 NY2d 136).

We find the sentence to be excessive to the extent indicated. Concur—Milonas, J. P., Ellerin, Nardelli, Williams and Mazzarelli, JJ.